ANTHONY FORTUGNO v. ALFRED FORTUGNO.

November 9, 1976. Petition for certification denied.

ALLCITY INSURANCE COMPANY v. DOLORES COOPER.

November 9, 1976. Petition for certification denied.

ROCCO CELENZA v.
NEW JERSEY MANUFACTURERS INSURANCE COMPANY.

November 9, 1976. Petition for certification denied.

ARDELL RAZOR BLADE CORPORATION v.
TOWNSHIP OF UNION.

November 9, 1976. Petition for certification denied.